IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IRINA SHELIKHOVA,

    Plaintiff,

v.                                         CASE NO. 4:15-cv-472-MW-GRJ

THOMAS,

    Defendant.

_____/

## SUMMARY JUDGMENT NOTICE

On May 9, 2016, Defendant filed a motion to dismiss, or in the alternative, motion for summary judgment. ECF No. 22.  Because Defendant has attached an affidavit to the motion the Court will consider the motions as a motion for summary judgment. Plaintiff has filed a response and Defendant has filed a reply. ECF Nos. 23 & 26.  Plaintiff is proceeding *pro se* and therefore the Court advises Plaintiff of the following with respect to the motion.

The Court will decide the motion on the basis of the motion, the response, reply[1], and any evidentiary materials filed by the parties. Any

---

[1] The Court in a separate order has advised that Plaintiff's request to file a sur-reply has been granted and will be considered by the Court. ECF No. 27.

additional supporting evidentiary materials (e.g., Plaintiff's sworn counter-affidavit, other witnesses' sworn counter-affidavits, depositions, exhibits, etc.) must be filed with the Clerk **within twenty-one (21) days from the date of this Order**.

If the Court grants Defendant's motion for summary judgment, such decision would be a final decision of the Court in favor of Defendant. As a result of such final decision, there would be no trial or other proceedings in this case, and Plaintiff would likely be precluded from later litigating this matter or any related matters. Therefore, the Plaintiff is further advised: (1) all material facts asserted in the motion will be considered admitted unless controverted by proper evidentiary materials (e.g., Plaintiff's sworn counter-affidavit, other witnesses' sworn counter-affidavits, depositions, exhibits, etc.); and (2) Plaintiff may not rely solely on the allegations of the issue pleadings (*e.g.*, complaint, answer, etc.) in opposing the summary judgment motion. See *Griffith v. Wainwright*, 772 F.2d 822,825 (11th Cir. 1985).

Accordingly, it is **ORDERED:**

Plaintiff must file any additional supporting evidentiary material in response to Defendant's motion to dismiss, or in the alternative,

motion for summary judgment, ECF No. 22, **on or before August 2, 2016.**

**DONE AND ORDERED** this 12th day of July, 2016.

*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge