IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IRINA SHELIKHOVA,

    Plaintiff,

v.                                                                          Case No. 4:15cv472-MW/CAS

JOHN THOMAS,

    Defendant.

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 31. Upon consideration, no objections having been filed by the parties,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion. Defendant's Motion to Dismiss Plaintiff's First Amended Complaint or, in the alternative, Motion for Summary Judgment, ECF No. 22, is **GRANTED**. The Clerk shall enter judgment stating, "Plaintiff's claims against Defendant are dismissed with prejudice." The Clerk shall close the file.

**SO ORDERED** on January 13, 2017.

                                            s/Mark E. Walker                      
                                            **United States District Judge**